# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SMOKEY DILLON STUDEBAKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 12-CV-2187 |
| ) | |
| COUNTY OF MACON ILLINOIS and ) | |
| THOMAS P. SCHNEIDER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#14) was filed by Magistrate Judge David G. Bernthal in the above cause on October 5, 2012.  More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc.  v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#14) is accepted by this court.

(2) Defendants' Motion to Dismiss Counts I and III of Plaintiff's Complaint (#4) is GRANTED.

(3) Plaintiff is allowed leave to file an amended complaint to add a count against Defendant Schneider for violation of civil rights under 42 U.S.C. § 1983.  This court notes that Plaintiff filed his Amended Complaint (#15) on October 18, 2012, and Defendants have filed their Answer and Affirmative Defense (#16).

(4) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 29th day of October, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE